■

**Robert KARLINSKI, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 79947.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 30, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Movant, Robert Karlinski, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. He contends his plea attorney provided ineffective assistance by incorrectly assuring him that he would be sentenced to a 120–day call back pursuant to section 559.115, RSMo 2000.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for

our decision. We affirm the judgment pursuant to Rule 84.16(b).

■

**Robert KARLINSKI, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 79891.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 30, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Movant, Robert Karlinski, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. He contends his plea attorney provided ineffective assistance by incorrectly assuring him that he would be sentenced to a 120–day call back pursuant to section 559.115, RSMo 2000.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would

have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

■

**John WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 80174.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 30, 2002.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GEORGE W. DRAPER III, P.J., MARY R. RUSSELL, J., and MARY K. HOFF, J.

**ORDER**

PER CURIAM.

John White (hereinafter, "Movant") appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant claims the motion court clearly erred because he pleaded facts that would support his contention that his plea counsel was ineffective for failing to explain that he had the defense option of submitting lesser included offenses to the charge of first degree murder prior to his plea.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the motion court's decision was not clearly erroneous. Rule 24.035(k). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).

■

**David E. COURTNEY,
Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 80510.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 30, 2002.

Rosalynn Koch, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, MO, for respondent.